# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 26-cr-00096-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

EDYTA MAKA,

    Defendant.

---

## INFORMATION

---

The United States Attorney charges:

### COUNTS 1 AND 2
### Theft of Government Property
### 18 U.S.C. § 641

On or about the dates listed in the table below, in the State and District of Colorado, the defendant, EDYTA MAKA, willfully and knowingly did embezzle, steal, purloin, and convert to her use and the use of another money of the United States, the value of such property in the aggregate exceeding the sum of $1,000, to wit, Social Security benefits intended for her deceased mother-in-law M.M. and deceased father-in-law B.M, with the values listed in the table below.

| COUNT | DATE | GOVERNMENT FUNDS |
|---|---|---|
| 1 | 2/2/2024 | $947.00 of M.M's Title II Retirement and Survivors Insurance benefits |
| 2 | 11/1/2023 | $549.00 of B.M.'s Title XVI Supplemental Security Income benefits |

All in violation of Title 18, United States Code, Section 641.

## **FORFEITURE ALLEGATION**

1.      The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the violations alleged in Counts One and Two of this Indictment, involving a violation of Title 18, United States Code, Section 641, defendant, EDYTA MAKA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense.

3.      If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

a)      cannot be located upon the exercise of due diligence;

b)      has been transferred or sold to, or deposited with, a third party;

c)      has been placed beyond the jurisdiction of the Court;

d)      has been substantially diminished in value; or

e)      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

PETER MCNEILLY
United States Attorney

By: *s/ Laura A. Shattuck*
Laura A. Shattuck
Special Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0355
Fax: (303) 454-0406
E-mail: Laura.Shattuck@usdoj.gov
Attorney for the United States